IN THE SUPREME COURT OF THE STATE OF MONTANA

No. AF 11-0244

IN RE THE PETITION AND MEMORANDUM )
IN SUPPORT FOR AN INCREASE IN THE )    O R D E R
PRO HAC VICE FEE )

The State Bar of Montana has asked the Court to increase the fee for pro hac vice admission to the bar of Montana. The 2009 Rules for Admission to the Bar of Montana provide for a one-time fee of $345 for pro hac vice admission. The State Bar has requested that this fee be increased to annual payments of the bar dues amount for active members of the State Bar (currently $385), for the term of the Montana litigation.

In March of 2012, the Court invited written comments on this proposal. Two written comments were filed during the comment period. At a July 24, 2012, public meeting, the Court discussed this matter, accepted further comments, and reached its decision on the request.

IT IS NOW ORDERED that, effective as to pro hac vice admissions granted on or after October 1, 2012, the fee for pro hac vice admission to practice law in Montana shall be the amount paid annually by active members of the Montana bar (currently $385), to be paid each year for the term of the Montana litigation. However, for a lawyer who is appearing pro bono as defined under Rule 6.1 of the Rules of Professional Conduct, the pro hac vice fee shall be a one-time-only fee equal to the amount paid annually by active members of the Montana bar.

The Rules for Admission to the Bar of the State of Montana shall be amended accordingly, and concurrently with other amendments to those rules as required by our recent order adopting the Uniform Bar Examination and the NCBE online character and fitness application process.

This Order will be published on the Court's website. In addition, the State Bar of Montana is asked to publish a link to this Order on the State Bar website and notice of this order in the next available issue of the *Montana Lawyer*.

The Clerk is directed to provide copies of this order to the State Bar of Montana, to Montana attorneys Bruce Spencer and Alex Beal, and to Randy Cox, Chair of the Montana Board of Bar Examiners.

Dated this 31st day of July, 2012.

_____
Chief Justice

_____

_____

_____

_____

_____
Justices

2